**[J-5-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, :  No. 45 MAP 2013
                                  :
                      Appellee    :  Appeal from the Order of the Superior
                                  :  Court at No. 721 EDA 2011, Dated June
                                  :  13, 2012, Affirming the Judgment of
           v.                     :  Sentence of the Chester County Court of
                                  :  Common Pleas, Criminal Division, at No.
                                  :  CP-15-CR-0002765-2010, Dated February
ADAM MIELNICKI,                   :  3, 2011
                                  :
                      Appellant   :
                                  :  ARGUED:  March 11, 2014


**ORDER**


**PER CURIAM**                    **DECIDED:  December 15, 2014**


The appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.